IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY BRUNDLE and<br>CATHY ZISKA<br><br>           Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>           Defendants. | :<br>:<br>:   CIVIL ACTION NO. 02-CV-4229<br>:<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                     Aline Fairweather


_____     _____
Erin Brennan                                           Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000